# UPS Worldwide Services Waybill (non-negotiable)

UPS Waybill Tracking No. **H554 186 656 7**

SHIPPER'S COPY

## ① SHIPPER

SHIPPER'S UPS ACCOUNT NO.: [redacted]
SHIPPER'S EMPLOYER IDENTIFICATION NUMBER (E.I.N.):

NAME OF SENDER:
TELEPHONE NO.: 206 370-5207

COMPANY NAME AND ADDRESS:
UPS Bankruptcy Dept
700 Stewart Street
Rm 6301
Seattle, WA

POSTAL CODE: 98101   COUNTRY: USA

## ② RECEIVER

RECEIVER'S UPS ACCOUNT NO.:
RECEIVER'S IDENTIFICATION NO. FOR CUSTOMS PURPOSES:

NAME OF CONTACT PERSON: Rodrigo Caldera
TELEPHONE NO.:

COMPANY NAME AND ADDRESS:
Box 83083 Johnsonville
Wellington

POSTAL CODE: 6440   COUNTRY: New Zealand
Residential Delivery: ☐

## ③ PAYMENT OF CHARGES

BILL SHIPPING CHARGES TO:
☒ SHIPPER (S)   ☐ RECEIVER (R)   ☐ THIRD PARTY (T)
☐ CREDIT CARD   ☐ CHECK

BILL DUTIES AND TAXES TO (DUTIABLE SHIPMENTS ONLY):
☐ SHIPPER (S)   ☐ RECEIVER (R)   ☐ THIRD PARTY (T)

## ④ SERVICE LEVEL

☐ EXPRESS PLUS   1+
☒ EXPRESS   1
☐ EXPRESS SAVER
☐ EXPEDITED   1P
☐ STANDARD   2

## ⑤ SHIPMENT INFORMATION

☒ ENV   ☐ PAK   ☐ 10KG BOX   ☐ 25KG BOX

Mark "X" if shipment only contains documents of no commercial value: ☒

REFERENCE NO. 1:
REFERENCE NO. 2:

## ⑥ COUNTRY OF ORIGIN (MANUFACTURE) OF GOODS
USA

## ⑦ U.S. SHIPPER'S EXPORT DECLARATION (S.E.D.)

☐ Saturday Delivery

HARMONIZED TARIFF CODE:
ECCN:
LICENSE NUMBER & EXPIRATION DATE OR LICENSE EXCEPTION:
COUNTRY OF ULTIMATE DESTINATION:
PARTIES TO TRANSACTION: ☐ RELATED ☐ NON-RELATED

## ⑧ DATE OF SHIPMENT: 3/28/16

SHIPPER'S SIGNATURE: [signature]
RECEIVED FOR UPS BY:   DATE:   TIME:
SHIPPING CHARGES:

FOR INTERNATIONAL INFORMATION OR ASSISTANCE CALL 1-800-782-7892

Q2875Q1.09/10.RRD

Form B 250E (invsum) (12/09)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

| | |
|---|---|
| In Re: | Case Number: 16-11584-TWD |
| Keith Maydak    Debtor(s). | Chapter: 7 |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

TO: Debtor(s)

A petition was filed against you on **March 25, 2016,** in this Bankruptcy Court, requesting an order for relief under chapter 7 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days after service of this summons. A copy of the petition is attached.

Address of Clerk:    U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101

At the same time, you must also serve a copy of your motion or answer on the petitioner's attorney.

Name and Address of Petitioner's Attorney:    Rodrigo Calderon – Pro se
Box 83083 Johnsonville
Wellington, 6440
New Zealand

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court



**Date of Issuance: March 25, 2016**

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re: Keith Maydak  
Debtor

Case Number: 16-11584 TWD  
Involuntary Chapter: 7

---

## NOTICE OF DEFICIENT FILING
## IN AN INVOLUNTARY CASE

**NOTICE IS HEREBY GIVEN TO THE PETITIONING CREDITOR(S)** that the above referenced case, filed on **March 25, 2016**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**Deadline to correct the following deficiencies:**     April 1, 2016

REVISED OFFICIAL FORMS DATED 12/2015 REQUIRED  
Involuntary Petition Against an Individual – Official Form B105

Dated: **March 28, 2016**

Mark L. Hatcher  
Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*