FILED
Western District of Washington
at Seattle

APR 08 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

☐ Check if this is an amended filing

## Official Form 105

# Involuntary Petition Against an Individual          12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ XXX Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's full name**

   _____KEITH_____
   First name

   _____
   Middle name

   _____MAYDAK_____
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☒ XXXX Unknown

   XXX – XX – ___ ___ ___ ___          OR     9 XX – XX – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

Debtor _____  Case number (if known)_____

### 6. Debtor's address

**Principal residence**

World Trade Center_____
Number     Street

_____

Panama City_____Republic of Panama____
City                                State     ZIP Code

**Principal place of business**

_____
County

_____113 Cherry Street_____
Number     Street

_____

_____Seattle WA  98104_____
City                              State     ZIP Code

_____Kings_____ County

**Mailing address, if different from residence**

_____113 Cherry Street  _____
Number     Street

_____

_____Seattle       WA  98104-2205___
City                              State     ZIP Code

### 7. Type of business

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ XXXX None of the above   Escrow agent.

### 8. Type of debt

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ **XXXX Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

### 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?

☒ XXXX No
☐ Yes. Debtor _____  Relationship _____

District _____ Date filed _____ Case number, if known _____
                                            MM / DD / YYYY

Debtor _____  Relationship _____

District _____ Date filed _____ Case number, if known _____
                                            MM / DD / YYYY

| Debtor | Maydak, Keith | Case number (if known) | 16-11584 |

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☒ XXX Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ XXXX The debtor is generally not paying such debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ XXX No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Rodrigo Calderon | Commercial debt | $ 89,500 |
| | | $ |
| | | $ |
| | Total | $ 89,500 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Case 16-11584-TWD  Doc 9  Filed 04/11/16  Ent. 04/11/16 07:53:23  Pg. 3 of 5

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct to the best of their knowledge, information, and belief. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X  /s/ [signature]
Signature of petitioner or representative, including representative's title

Rodrigo Calderon
Printed name of petitioner

Date signed  3/31/2016
            MM / DD / YYYY

**Mailing address of petitioner**

Box 83083  Johnsonville
Number  Street

NSW                New Zealand    6004
City               State          ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  +6493531510
Email          rca@counsel.cr

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City    State    ZIP Code

**Attorneys**

X
Signature of attorney

Printed name

Firm name, if any

Number  Street

City    State    ZIP Code

Date signed  MM / DD / YYYY

Contact phone          Email

✗ _____
Signature of petitioner or representative, including representative's title

Printed name of petitioner

Date signed ___ MM / DD / YYYY

**Mailing address of petitioner**

Number    Street

City        State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State ZIP Code

---

✗ _____
Signature of Attorney

Printed name

Firm name, if any

Number    Street

City        State        ZIP Code

Date signed ___ MM / DD / YYYY

Contact phone _____ Email _____

---

✗ _____
Signature of petitioner or representative, including representative's title

Printed name of petitioner

Date signed ___ MM / DD / YYYY

**Mailing address of petitioner**

Number    Street

City        State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State ZIP Code

---

✗ _____
Signature of Attorney

Printed name

Firm name, if any

Number    Street

City        State        ZIP Code

Date signed ___ MM / DD / YYYY

Contact phone _____ Email _____