**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

TIMOTHY W. DORE  Chapter 7
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In re: | |
|---|---|
| Keith Maydak, | Case No. 16-11584-TWD |
| Alleged Debtor. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

    This matter came before the Court *sua sponte*. The Court issued a summons on March 25, 2016 [Docket No. 3]. The petitioning creditor was required to serve a copy of the summons and the involuntary petition by April 1, 2016, and file proof that the summons and involuntary petition were properly served on Mr. Maydak. No proof of service has been filed with the Court.

**ORDER TO SHOW CAUSE WHY CASE**
**SHOULD NOT BE DISMISSED** - 1

Now, therefore, it is hereby ORDERED that:

1. A hearing is set for **Friday, May 6, 2016** at **9:30 a.m.,** at the U.S. Courthouse, 700 Stewart St., Room 8106, Seattle, WA, for the parties to appear and show cause why the above-captioned case should not be dismissed. If no responses are filed by **April 29, 2016**, the case shall be dismissed without further notice or a hearing.

2. The Clerk's Office shall mail a copy of this Order to Rodrigo Calderon.

**/// End of Order ///**