Entered on Docket May 6, 2016

**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

TIMOTHY W. DORE                                        Chapter 7
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

Keith Maydak,

Alleged Debtor.

Case No. 16-11584-TWD

**ORDER DISMISSING CASE**

This matter came before the Court on the Court's Order to Show Cause Why Case Should Not Be Dismissed [Docket No. 10] ("OSC"). The Court has reviewed and considered the OSC, the response filed by Mr. Calderon [Docket No. 12] and the records and files in this case. The Court held a hearing on the OSC on May 6, 2016. No parties in interest appeared at the hearing. At the conclusion of that

**ORDER DISMISSING CASE** - 1

hearing, the Court gave an oral ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

It is hereby ORDERED that:

1. This case is DISMISSED.

2. Pursuant to 11 U.S.C. § 303(k)(2), all consumer reporting agencies are prohibited from making any report that contains any information relating to the petition filed in this case or this case.

3. The Clerk's Office shall mail copies of this Order to Mr. Maydak and Mr. Calderon.

/// End of Order ///