Form unpdff (12/2014)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
Keith Maydak

Debtor(s).

Case Number: 16–11584–TWD
Chapter: 7

## UNPAID FILING FEE

The filing fee was not paid when the following document was received by the Clerk's Office. The fee is due **May 31, 2016** or this matter will be referred to the judge assigned to the case. **Failure to pay the fee for a motion set for hearing may result in the hearing being continued until the fee is paid in full. Failure to pay additional filing fees may result in dismissal of the case.**

$298.00 Appeal/Cross Appeal

**Personal checks for payment of filing fees will not be accepted from Debtors, including corporate Debtors. Please submit your payment in the form of a cashier's check or money order.**

Dated: May 17, 2016

Mark L. Hatcher
Clerk of the Bankruptcy Court