

16-1138 Rodrigo Calderon v. Keith Maydak "Briefing Order Sent" (16-11584-TWD)
BAPCA09Filings
to:
ECFHelp_Seattle
05/19/2016 12:07 PM
Hide Details
From: BAPCA09Filings@ca9.uscourts.gov
To: ECFHelp_Seattle@wawb.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U. S. Bankruptcy Appellate Panel for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 05/19/2016 at 12:04:14 PM PDT and filed on 05/19/2016

| | |
|---|---|
| **Case Name:** | Rodrigo Calderon v. Keith Maydak |
| **Case Number:** | 16-1138 |
| **Document(s):** | Document(s) |

**Docket Text:**
Sent BRIEFING ORDER & NOTICE to appellant. Copies to all parties. Sent Bankruptcy Record Request Form to Bankruptcy Court. Appellant Rodrigo Calderon's opening brief due 07/05/2016. (FB)

**Notice will be electronically mailed to:**

BkCt, Seattle


**Case participants listed below will not receive this electronic notice:**


Rodrigo Calderon
Box 83083 Johnsonville
Wellington, 6440
New Zealand

Keith Maydak
113 Cherry Street
Seattle, WA 898104

The following document(s) are associated with this transaction:
**Document Description:** Opening Letter Schedule
**Original Filename:** /opt/ACECF/bap-live/forms/FreddieBrown_161138_486403_OpeningLetterSchedule_162.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=05/19/2016] [FileNumber=486403-0]
[08840fc2f43fd98bb6565b14ee8c76dfc8f1862d89444c8dead714743a7c78731cf248466ac67f0ea12368024d5422264e7e5f9ee1d3
**Recipients:**

- Rodrigo Calderon
- Keith Maydak

**Document Description:** Briefing Order
**Original Filename:** /opt/ACECF/bap-live/forms/FreddieBrown_161138_486403_BriefingOrder_163.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=05/19/2016] [FileNumber=486403-1]

[54f623646f823303da4b7fd6ab140dde7a1e02ed4e6c4e14ea8e10ae4718771b4aa010fb73e7a4044f65cc235bf126630fc85bdd1d4d2

**Recipients:**

- Rodrigo Calderon
- Keith Maydak

**Document Description:** Banktruptcy Record Request Form
**Original Filename:** /opt/ACECF/bap-live/forms/FreddieBrown_161138_486403_Bk.Ct.RecordRequestForm_102.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=05/19/2016] [FileNumber=486403-2]
[2a405c78416bfc7d30199785ba070b8c454a0fa9f11ea63519409d793719278a7f22c6d94c6c420603299684d547af6daaa34060a76

**Recipients:**

- BkCt, Seattle