```
                         United States Bankruptcy Court
                         Western District of Washington
```

In re:                                                              Case No. 16-11584-TWD
Keith Maydak                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2        User: sharona            Page 1 of 1              Date Rcvd: May 17, 2016
                            Form ID: unpdff          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2016.
ptcrd          Rodrigo Calderon,    Box 83083 Johnsonville,    Wellington,    6440,    NEW ZEALAND

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2016 at the address(es) listed below:
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                                         TOTAL: 1

Form unpdff (12/2014)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
    Keith Maydak

    Debtor(s).

Case Number: 16−11584−TWD
Chapter: 7

## UNPAID FILING FEE

The filing fee was not paid when the following document was received by the Clerk's Office. The fee is due **May 31, 2016** or this matter will be referred to the judge assigned to the case. **Failure to pay the fee for a motion set for hearing may result in the hearing being continued until the fee is paid in full. Failure to pay additional filing fees may result in dismissal of the case.**

$298.00 Appeal/Cross Appeal

**Personal checks for payment of filing fees will not be accepted from Debtors, including corporate Debtors. Please submit your payment in the form of a cashier's check or money order.**

Dated: May 17, 2016

                      Mark L. Hatcher
                      Clerk of the Bankruptcy Court