## UNITED STATES BANKRUPTCY COURT
Western District of Washington

In Re:

Keith Maydak

Debtor(s).

Case No.: 16–11584–TWD
Chapter: 7
USDC Number:
BAP Number: 16–1138
Internal Appeal Number: 16S–008

## NOTICE OF APPEAL STATUS/NOTICE OF DEFICIENCY

**TO: BAP**

Appeal documents due date: **June 14, 2016**.

The US Bankruptcy Court for the Western District of Washington is unable to certify that the record is complete for the purposes of appeal for the reasons listed below:

☐ Filing Fee not paid.
☒ Appellant Designation of Record not filed.
☒ Appellant Statement of Issues not filed.
☐ Requested Transcript not filed:
   **Reporter Name:**
   **Transcript Due Date:**
   **Judge:**
   **Transcript date(s):**
   **New deadline granted to Reporter :**
☐ Other:

**Deputy Clerk Processing this Appeal:**
   Name and Phone: **Sharon Atkins–Davis (206) 370–5263**
   US Bankruptcy Court
   Western District of Washington
   District No: 0981, Office No: **2**

DATED: June 14, 2016

                                        Mark L. Hatcher
                                        Clerk, U.S. Bankruptcy Court